**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MOUNTECH IP LLC,** | Civil Action No.: 1:20-cv-00865-MN |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **BLACKBERRY CORPORATION,** | |
| Defendant. | |

**REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT
BLACKBERRY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Mountech IP LLC (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby respectfully requests that the Clerk enter a default as to Defendant Blackberry Corporation, (hereinafter referred to as "Defendant"), on the basis that Defendant has failed to timely answer or otherwise respond to Plaintiff's Complaint (D.E. 1) in this action despite being properly served.  In support of this request, Plaintiff files herewith the Affidavit of Jimmy Chong.

Dated:  August 13, 2020           CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road – Suite 350
Wilmington, Delaware 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
chong@chonglawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of August, 2020, the foregoing Request for Entry of Default and Affidavit in Support of Request for Entry of Default was sent to the Defendant, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

*/s/Jimmy Chong*
Jimmy Chong

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE**

| | |
|---|---|
| **MOUNTECH IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BLACKBERRY CORPORATION,**<br><br>Defendant. | Civil Action No.:  1:20-cv-00865-MN<br><br>**TRIAL BY JURY DEMANDED** |

**ENTRY OF DEFAULT**

AND NOT TO WIT THIS _____ day of August, 2020, Plaintiff, Mountech IP LLC, has filed a request for Default (D.E. 8).

It appearing that the Complaint was filed in the within matter on June 28, 2020, and that Summons and Complaint were duly served upon the Defendant, Blackberry Corporation, on June 30, 2020 (D.E. 6).  No answer or other pleading having been filed by the Defendant as required by law.

Dated: _____        By: _____
                                                            Deputy Clerk