**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MOUNTECH IP LLC,** | |
| Plaintiff, | Civil Action No. 1:20-cv-00865-MN |
| v. | |
| **BLACKBERRY CORPORATION, et al.,** | **TRIAL BY JURY DEMANDED** |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Mountech IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Blackberry Corporation <u>only</u> in the within action WITHOUT PREJUDICE. Blackberry Corporation has not served an answer or a motion for summary judgment.

The claims against Defendant TCT Mobile (US), Inc. remain.

Dated: September 21, 2020

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on September 21, 2020.

                                                      */s/Jimmy Chong*
                                                     Jimmy Chong