# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MOUNTECH IP LLC,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**TCT MOBILE (US), INC.,**<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-00865<br><br><br><br>**TRIAL BY JURY DEMANDED** |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Mountech IP LLC, subject to the approval of the Court, that Defendant TCT Mobile (US), Inc.'s time to answer, move or otherwise respond to the First Amended Complaint in this action shall be extended an additional thirty (30) days, up through and including November 13, 2020.

The reason for this requested extension is to allow Defendant additional time to investigate the allegations set forth in Plaintiff's First Amended Complaint, and to consider an appropriate response. No party will be prejudiced by this extension of time.

| | |
|---|---|
| Dated: October 7, 2020 | Respectfully submitted, |
| Howard L. Wernow *(Pro hac vice)*<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: howard.wernow@sswip.com | CHONG LAW FIRM PA<br><br>*/s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

**SO ORDERED**, this _____ day of October, 2020.

                                                                                                         _____
                                                                                                         United States District Court Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on October 7, 2020.

                                                  */s/Jimmy Chong*
                                                  Jimmy Chong