**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MOUNTECH IP LLC,** | |
| Plaintiff, | Civil Action No. 1:20-cv-00865-MN |
| v. | |
| **TCT MOBILE (US), INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff Mountech IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant TCT Mobile (US), Inc. in the within action WITHOUT PREJUDICE. TCT Mobile (US), Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: December 21, 2020 | Respectfully submitted, |
| Howard L. Wernow *(Pro hac vice)* | CHONG LAW FIRM PA |
| SAND, SEBOLT & WERNOW CO., LPA | |
| Aegis Tower – Suite 1100 | */s/ Jimmy Chong* |
| 4940 Munson Street NW | Jimmy Chong (#4839) |
| Canton, Ohio 44718 | 2961 Centerville Road, Suite 350 |
| Telephone: (330) 244-1174 | Wilmington, DE 19808 |
| Facsimile: (330) 244-1173 | Telephone: (302) 999-9480 |
| Email: howard.wernow@sswip.com | Facsimile: (877) 796-4627 |
| | Email: chong@chonglawfirm.com |
| | ATTORNEYS FOR PLAINTIFF |

**SO ORDERED**, this _____ day of December, 2020.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on December 21, 2020.

*/s/ Jimmy Chong*
Jimmy Chong
